UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | No. 2:23-cv-02585-TLN-DB<br><br><br>**NON-RELATED CASE ORDER** |
| CHRISTINA YANEZ-DAVISON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., et al.<br><br>Defendants. | No. 2:23-cv-03016-MCE-AC |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. These actions involve the same or similar defendants, but the actions involve events specific to each party, the questions of fact are different, the questions of

law are not novel, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail substantial duplication of labor.

Therefore, 2:23-cv-03016-MCE-AC shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

DATED: March 25, 2024

_____
Troy L. Nunley
United States District Judge

2